UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. JEZOREK,<br><br>      Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; THE BANK OF MISSOURI, | CASE NO. 22-CV-1573<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT |

  This comes before the Court on Defendant's unopposed Motion for an extiension of time to answer or otherwise respond to Plaintiff's Complaint. (Dkt. No. 8.) The Court has reviewed the Motion and GRANTS Defendant's request.

  It is hereby ORDERED that the deadline for Defendant to respond to the Complaint is extended to December 21, 2022.

//

//

//

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated December 2, 2022.

3

4 | Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT - 2