UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. JEZOREK,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and THE BANK OF MISSOURI, | CASE NO. 2:22-cv-01573 MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC |

This matter is before the Court in Plaintiff's Unopposed Request for an Extension of Time for Defendant, Trans Union LLC, to answer or otherwise respond to the Complaint (Dkt. No. 9). The Court has reviewed the Motion and the docket and GRANTS Plaintiff's request.

The Court hereby ORDERS that Defendant, Trans Union LLC, shall answer or otherwise respond to the Complaint by January 4, 2023.

The clerk is ordered to provide copies of this order to all counsel.

//

//

1    Dated December 15, 2022.

*(signature)*

Marsha J. Pechman
United States Senior District Judge