1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    MATTHEW R. JEZOREK,                    CASE NO. 22-cv-01573

11                      Plaintiff,            ORDER GRANTING DEFENDANT
                                              EQUIFAX'S MOTION FOR
12              v.                            EXTENSION

13    EQUIFAX INFORMATION
      SERVICES, LLC; TRANS UNION,
14
                       Defendant.
15

16

17          This matter is before the Court on Defendant Equifax Information Services, LLC's

18  request for an extension of time to answer or otherwise respond to the Complaint (Dkt. No. 13).

19  The Court has reviewed the Motion and the docket and GRANTS Equifax's request.

20          The Court hereby ORDERS that Defendant Equifax shall answer or otherwise respond to

21  the Complaint by December 27, 2022.

22          The clerk is ordered to provide copies of this order to all counsel.

23  //

24  //

1    Dated December 15, 2022.

2

3                                                    Marsha J. Pechman
                                                     United States Senior District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24