# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MATTHEW R. JEZOREK, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and THE BANK OF MISSOURI, <br><br> Defendant. | CASE NO. 22-1573 <br><br> ORDER GRANTING DEFENDANT THE BANK OF MISSOURI'S MOTION FOR A SECOND EXTENSION OF TIME |

This matter is before the Court on Defendant The Bank of Missouri's unopposed Motion for a Second Extension of the Deadline to Respond to Plaintiff's Complaint. (Dkt. No. 17.) The Bank of Missouri requests an additional twenty-one (21) days to respond to Plaintiff's Complaint. Having reviewed the Motion, the Court GRANTS Defendant's request. But the Court notes that this will be the last extension granted.

The Court hereby EXTENDS the deadline for The Bank of Missouri to respond to the Complaint to January 11, 2023.

//

ORDER GRANTING DEFENDANT THE BANK OF MISSOURI'S MOTION FOR A SECOND EXTENSION OF TIME - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated December 22, 2022.

3

4   Marsha J. Pechman
    United States Senior District Judge

ORDER GRANTING DEFENDANT THE BANK OF MISSOURI'S MOTION FOR A SECOND EXTENSION OF TIME - 2