UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. JEZOREK,<br><br>               Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and THE BANK OF MISSOURI,<br><br>               Defendant. | CASE NO. 2:22-cv-1573<br><br>ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC |

       This matter is before the Court on Plaintiff's unopposed Motion for a Second Extension of the Deadline on behalf of Defendant Trans Union, LLC. (Dkt. No. 18.) Plaintiff requests Defendant Trans Union have an additional thirty (30) days to respond to Plaintiff's Complaint. Having reviewed the Motion, the Court GRANTS Plaintiff's request. But the Court notes that this will be the last extension granted.

       The Court hereby EXTENDS the deadline for Trans Union to respond to the Complaint to January 20, 2023.

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated December 22, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING PLAINTIFF'S SECOND REQUEST FOR AN EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC - 2