UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. JEZOREK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, and THE BANK OF MISSIOURI,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-1573<br><br>ORDER GRANTING STIPULATED MOTION FOR SECOND EXTENSION OF TIME |

This matter is before the Court on Defendant Equifax Information Services, LLC's ("Equifax") Stipulated Motion for a Second Extension of Time to Answer or otherwise respond to the Complaint. (Dkt. No. 21.) Equifax requests the date to answer or respond to the Complaint be moved from December 27, 2022, through and including January 17, 2023. Having reviewed the Motion, the Court GRANTS Equifax's request. But the Court notes that this will be the last extension granted.

1 | The Court hereby EXTENDS the deadline for Equifax to respond to the Complaint to
2 | January 17, 2023.
3 | The clerk is ordered to provide copies of this order to all counsel.
4 | Dated January 3, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge