UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW R. JEZOREK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERIVCES, LLC; TRANS UNION LLC; and THE BANK OF MISSOURI,<br><br>Defendant. | CASE NO. 2:22-cv-1573<br><br>ORDER DENYING DEFENDANT THE BANK OF MISSOUR'S MOTION FOR A THIRD EXTENSION OF TIME |

This matter is before the Court on Defendant The Bank of Missouri's unopposed Motion for a Third Extension of the Deadline to Respond to Plaintiff's Complaint (Dkt. No. 24). Having reviewed the Motion, the Court DENIES Defendant's request.

In its last Order granting Defendant's request for a second extension of time, this Court stated that the second extension would be the last extension granted. Despite this, Defendant once again requests to extend the deadline to respond to Plaintiff's Complaint. And it did so on the day the response was due. Further, Defendant failed to state a good cause reason to extend

1  the time, but instead copied verbatim from its second motion for extension and merely changed

2  the dates. Federal Rule of Civil Procedure 6(b) allows the Court to extend a deadline for good

3  cause. That same rule also states that the motion must be made before the original time or its

4  extension expires. Defendant ignored both of these requirements, as well as the Court's clear

5  statement that the second extension would be the last one granted. For these reasons the Court

6  DENIES without prejudice. Should Defendant wish to resubmit its request it must address these

7  issues.

8      The clerk is ordered to provide copies of this order to all counsel.

9      Dated January 12, 2023.

10

11                             Marsha J. Pechman
                           United States Senior District Judge

ORDER DENYING DEFENDANT THE BANK OF MISSOUR'S MOTION FOR A THIRD EXTENSION OF TIME - 2