1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 | MATTHEW R. JEZOREK,

CASE NO. 2:22-cv-1573

11 |            Plaintiff,

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF

12 |      v.

THE DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT

13 | EQUIFAX INFORMATION
SERVICES, LLC; TRANS UNION,

14 | LLC; and THE BANK OF MISSOURI,

15 |            Defendant.

16

17       This matter comes before the Court on Defendant The Bank of Missouri's Motion for

18 Extension of the Deadline to Respond to Plaintiff's Complaint (Dkt. No. 26). Having reviewed

19 the Motion, the supporting documents, and all other relevant material, the Court GRANTS

20 Defendant's request.

21       It is hereby ORDERED that the deadline for The Bank of Missouri to respond to the

22 Complaint is extended to one business day following the entry of this Order.

23 //

24

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated January 18, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT - 2